# Supreme Court of Florida

_____

No. SC2024-0964

_____

**IN RE: AMENDMENTS TO RULES REGULATING THE FLORIDA BAR – RULE 6-10.3.**

October 31, 2024

PER CURIAM.

The Florida Bar petitions this Court to amend Rule Regulating The Florida Bar 6-10.3 (Minimum Continuing Legal Education Standards).[1] It proposes amending the rule to allow lawyers to receive one general credit hour of continuing legal education (CLE) for every four hours of pro bono service. Lawyers could earn no more than five credit hours of CLE credit through pro bono service during a three-year reporting cycle under the proposal, and no CLE credit would be awarded for monetary donations.

The proposed amendment was approved by the Board of Governors of The Florida Bar on a voice vote without objection, and

_____

1. We have jurisdiction. _See_ art. V, § 15, Fla. Const.; _see also_ R. Regulating Fla. Bar 1-12.1.

consistent with rule 1-12.1(g), the Bar published formal notice of its intent to file the petition in *The Florida Bar News*. The notice directed interested parties to file comments directly with the Court. No comments were received.

Having considered the Bar's petition, we amend rule 6-10.3 as proposed with a minor modification. We modify the rule to allow lawyers to earn one hour of general CLE credit for every hour of pro bono service. Lawyers may only earn up to five credit hours of CLE credit through pro bono service during a three-year reporting cycle, and no CLE credit will be awarded for monetary donations.

Accordingly, Rule Regulating The Florida Bar 6-10.3 is amended as set forth in the appendix to this opinion. New language is indicated by underscoring. The amendment becomes effective December 30, 2024, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THIS AMENDMENT.

Original Proceeding – Florida Rules Regulating The Florida Bar

Roland Sanchez-Medina, Jr., President, Rosalyn Sia Baker-Barnes, President-elect, Joshua E. Doyle, Executive Director, Elizabeth Clark Tarbert, Division Director, Lawyer Regulation, and Kelly N. Smith, Senior Attorney, The Florida Bar, Tallahassee, Florida,

 for Petitioner

# APPENDIX

## RULE 6-10.3. MINIMUM CONTINUING LEGAL EDUCATION STANDARDS

**(a)-(g)**    [No Change]

**(h)    Pro Bono Service Credit.** A member may receive 1 general credit hour for every hour of pro bono service as defined in these rules, not to exceed 5 credit hours during a 3-year reporting cycle.  Credit will not be awarded for monetary donations.